UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NELLA MANKO,

                Plaintiff,

-against-

ALICE SCHLESINGER, et al.,

                Defendants.

No. 12-CV-9059 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiff's Request to Proceed In Forma Pauperis. (See dkt. no. 18.)  On July 11, 2013, the Court issued an order barring Plaintiff from filing actions in forma pauperis without prior leave of the Court after the Court dismissed the action as frivolous and after Plaintiff failed to show cause for why the Court should not issue such a bar.  (See dkt. no. 11 [the "Order"] at 1.)  In its Order, the Court ordered Plaintiff to attach a copy of any proposed complaint and a copy of the Order to any request for leave to file in forma pauperis.  (See id.)  Plaintiff has failed to comply with those orders.  Accordingly, the Court denies Plaintiff's Request to Proceed In Forma Pauperis.

**SO ORDERED.**

Dated:    August 26, 2024
            New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge